# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

WES CONSTRUCTION CO., INC.

           Debtor/s
_____/

WES CONSTRUCTION CO., INC.

           Plaintiff

vs.

MB FINANCIAL BANK, N.A.

           Defendant
_____/

BK        09-52177 gwz

Chapter   7

ADV      09-5049 gwz

**NOTICE AND CONDITIONAL ORDER OF DISMISSAL OF ADVERSARY PROCEEDING**

    It appearing that the above-captioned adversary has had no activity from __August 26, 2009__ to the present (more than one year), motion is hereby made that the above entitled adversary proceeding be dismissed pursuant to LR 7041.

    NOTICE IS HEREBY GIVEN THAT, unless an objection to this motion and notice of hearing of the objection are filed and served within 20 days of the date of this motion by a party in interest, this adversary proceeding may be dismissed without prejudice. If no such objection is filed, noticed, and served, this notice shall be deemed to satisfy the requirements of LR 7041; no further notice of dismissal is required and none will be provided; and a final order of dismissal will be entered.

DATED: __January 5, 2011__

                                           MARY A. SCHOTT, CLERK

                                           /s/ Debra Marsh
                                           _____
                                           Deputy Clerk

Copies mailed to Parties Through BNC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

General/Forms/CaseAdministration/CAAdversary/NtcADV-no-activity.wpd                                7/03

- 2 -