# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

WES CONSTRUCTION CO., INC.

|  |  |
|---|---|
| BK | 09-52177 gwz |
| Chapter | 7 |

Debtor/s

_____/

| ADV | 09-5049 gwz |
|---|---|

WES CONSTRUCTION CO., INC.

Plaintiff

vs.

MB FINANCIAL BANK, N.A.

Defendant

_____/

**NOTICE AND CONDITIONAL ORDER OF DISMISSAL OF ADVERSARY PROCEEDING**

It appearing that the above-captioned adversary has had  no activity from

  August 26, 2009       to the present (more than one year), motion is hereby made that the

above entitled adversary proceeding be dismissed pursuant to LR 7041.

NOTICE IS HEREBY GIVEN THAT, unless an objection to this motion and notice of

hearing of the objection are filed and served within 20 days of the date of this motion by a party

in interest, this adversary proceeding may be dismissed without prejudice.  If no such objection

is filed,  noticed, and served, this notice shall be deemed to satisfy the requirements of LR 7041;

no further notice of dismissal is required and none will be provided; and a final order of

dismissal will be entered.

DATED:   January 5, 2011

MARY A. SCHOTT, CLERK

/s/  Debra Marsh

_____

Deputy Clerk

Copies mailed to Parties Through BNC

1

General/Forms/CaseAdministration/CAAdversary/NtcADV-no-activity.wpd                    7/03

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF NOTICE

```
District/off: 0978-3        User: marshdl           Page 1 of 1              Date Rcvd: Jan 05, 2011
Case: 09-05049              Form ID: pdf928         Total Noticed: 2
```

```
The following entities were noticed by first class mail on Jan 07, 2011.
dft          +MB FINANCIAL BANK, N.A.,   LEWIS AND ROCA LLP,   50 W. LIBERTY STREEET, STE 410,
              RENO, NV 89501-1922
pla           WES CONSTRUCTION COMPANY, INC.,   P.O. BOX 33099,   RENO, NV  89533-3099
```

```
The following entities were noticed by electronic transmission.
NONE.                                                                        TOTAL: 0
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 07, 2011**                    **Signature:**    _Joseph Speetjens_