**Entered on Docket**
**February 28, 2011**

_____
**Hon. Gregg W. Zive**
**United States Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | BK-N    09-52177 |
| WES CONSTRUCTION COMPANY | |
| | CH    7 |
| Debtor (s) / | |
| | ADV.    09-5049 |
| WES CONSTRUCTION COMPANY | |
| Plaintiff (s) / | |
| vs. | **ORDER OF DISMISSAL** |
| | **OF ADVERSARY PROCEEDING** |
| MB FINANCIAL BANK N.A. | |
| Defendant (s) / | |

    A 20 Day Notice of Conditional Dismissal of Adversary was filed, and properly noticed to all interested parties on ____1/5/11____ . Since there were no objections to the Notice of Conditional Dismissal of Adversary filed within the prescribed time,

    IT IS HEREBY ORDERED that the above-captioned adversary proceeding is dismissed without prejudice.

###

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States Bankruptcy Court
Nevada

WES CONSTRUCTION COMPANY, INC.,
    Plaintiff
                                    Adv. Proc. No. 09-05049-gwz
MB FINANCIAL BANK, N.A.,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0978-3     User: storylm     Page 1 of 1     Date Rcvd: Feb 28, 2011
                      Form ID: pdf930     Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2011.
```
ust          +ANTONIA DARLING,   300 LAS VEGAS BLVD., SO. #4300,    LAS VEGAS, NV 89101-5803
dft          +MB FINANCIAL BANK, N.A.,    LEWIS AND ROCA LLP,   50 W. LIBERTY STREEET, STE 410,
               RENO, NV 89501-1922
pla           WES CONSTRUCTION COMPANY, INC.,   P.O. BOX 33099,   RENO, NV  89533-3099
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust          +E-mail/Text: ustpregion17.sf.ecf@usdoj.gov Mar 01 2011 03:12:32     AUGUST B. LANDIS,
               OFFICE OF UST FOR REGION 17,   235 PINE STREET, ROOM 700,   SAN FRANCISCO, CA 94104-2736
ust          +E-mail/Text: USTPRegion17.LV.ECF@usdoj.gov Mar 01 2011 02:57:04     J MICHAL BLOOM,
               300 LAS VEGAS BLVD S #4300,   LAS VEGAS, NV 89101-5803
ust           E-mail/Text: USTPRegion17.RE.ECF@usdoj.gov Mar 01 2011 02:56:59     NICHOLAS STROZZA,
               300 BOOTH ST RM 2129,   RENO, NV  89509
ust          +E-mail/Text: scott.a.farrow@usdoj.gov Mar 01 2011 02:57:01     SCOTT ANDREW FARROW,
               DEPT OF JUSTICE, OFFICE OF US TRUSTEE,   300 LAS VEGAS BLVD., SO.,   LAS VEGAS, NV 89101-5833
ust           E-mail/Text: USTPRegion17.RE.ECF@usdoj.gov Mar 01 2011 02:56:59     WILLIAM B COSSITT,
               U.S. TRUSTEE'S OFFICE,   300 BOOTH ST #2129,   RENO, NV  89509
                                                                                               TOTAL: 5
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 02, 2011**                  **Signature:** _/s/ Joseph Speetjens_